UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOUADIO KOUASSI,<br><br>                                  Plaintiff,<br><br>         -against-<br><br>DONALD TRUMP, USA PRESIDENT;<br>ALASSANE OUATARA, COTE D'IVOIRE<br>PRESIDENT,<br><br>                                  Defendants. | 25-cv-5121 (LLS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the July 15, 2025, order, the complaint, filed IFP under 28 U.S.C. § 1915(a), is DISMISSED as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i), (ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 18, 2025
             New York, New York

                                            /s/ Louis L. Stanton
                                                Louis L. Stanton
                                         United States District Judge